**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00247-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DIONIS ESCOBAR-RAMOS,
       a.k.a. Merardo Ramos,
       a.k.a. Dionis Medardo,

     Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

This matter has been scheduled for a **three-day** jury trial on the docket of Judge

Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street,

Denver, Colorado to commence on **February 24, 2014 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **January 20, 2014** and responses

to these motions shall be filed by **January 27, 2014**.  It is further

ORDERED that a Trial Preparation Conference is set for **February 13, 2014 at 4:00**

**p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

3)    timing of presentation of witnesses and evidence;

4)    anticipated evidentiary issues;

5)    any stipulations as to fact or law; and

6)    any other issue affecting the duration or course of the trial.

DATED this 31st day of December, 2013.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge