**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Nick Richards | Date: May 22, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: Cathy Bahr |
| Probation Officer: Gary Burney | |

**CASE NO.** 13-cr-00247-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Kirsten M. E. Sinclair |
| Plaintiff, | |
| v. | |
| 1. **DIONIS ESCOBAR-RAMOS**, | Matthew C. Golla |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING
COURT IN SESSION: 11:30 a.m.**
Appearances of counsel.  Defendant is present and in custody.

Interpreter sworn.

Defendant entered his plea on February 28, 2014 to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Counsel for the government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on matters relating to the appropriate sentence, and discusses Defendant's Motion for a Sentence Variance Below the Advisory Guideline Range [Doc. No. 24, filed May 8, 2014].

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and

sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for a Sentence Variance [24] is **DENIED** as stated on the record.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Dionis Escobar-Ramos, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **9 months**.

**ORDERED:** No term of supervised release is imposed.

**ORDERED:** Defendant shall pay a **$100.00** special assessment fee, to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess: 12:01 p.m.**
Hearing concluded.
Total time: 00:31